UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA W. MERCADO, etc., and
JOSHUA RODRIGGS, etc.,

    Plaintiffs,

v.                                    Case No.3:12-cv-122-J-12JBT

HFC COLLECTION CENTER, INC., etc.,
and ROLFE & LOBELLO, P.A., etc.,

    Defendants.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 74) of the United States Magistrate Judge, filed December 7, 2012, recommending that the Court deny the following three (3) motions: 1) "Defendants' Motion for Judgment on the Pleadings ..." (Doc. 48); 2) "Defendants' Motion to Stay Class Certification ..." (Doc. 50); and 3) "Defendants' Amended Motion to File a Sur Reply...." (Doc. 65). As of the date of this Order, no party has filed an objection to the Magistrate Judge's proposed findings and recommendations. Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

    1.    That the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc. 74); and

    2.    That a) "Defendants' Motion for Judgment on the Pleadings ..." (Doc. 48); b) "Defendants' Motion to Stay Class Certification ..." (Doc. 50); and c) "Defendants' Amended Motion to File a Sur Reply...." (Doc. 65) are denied.

**DONE AND ORDERED** this \_\_\_3rd\_\_\_\_ day of January 2013.

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

c:   Hon. Joel B. Toomey, United States Magistrate Judge
     Counsel of Record