UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA W. MERCADO, etc., and
JOSHUA RODRIGGS, etc.,

    Plaintiffs,

v.                              Case No.3:12-cv-122-J-12JBT

HFC COLLECTION CENTER, INC., etc.,
and ROLFE & LOBELLO, P.A., etc.,

    Defendants.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 81) of the United States Magistrate Judge, filed January 28, 2013, recommending that the Court grant Defendants' Motion for Summary Judgment (Doc. 70), deny Plaintiffs' Cross-Motion for Partial Summary Judgment as to Liability (Doc. 73), and direct the Clerk to enter a final judgment in favor of Defendants. As of the date of this Order, no party has filed written objections to the Magistrate Judge's proposed findings and recommendations within the fourteen (14) day objection period. As a result, each party is barred from a de novo review by this Court of the issues contained in the Report and Recommendation and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P 72(b); and M.D.Fla.R. 6.02(a). Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED:**

    1.    That the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc. 81);

    2.    That Defendants' Motion for Summary Judgment (Doc. 70) is granted;

3. That Plaintiffs' Cross-Motion for Partial Summary Judgment as to Liability (Doc. 73) is denied; and

4. That the Clerk is directed to enter judgment in favor of Defendants and against Plaintiffs, and to terminate all motions, hearings, and deadlines and to close the case.

**DONE AND ORDERED** this ___20th___ day of February 2013.

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

c:  Hon. Joel B. Toomey, United States Magistrate Judge
    Counsel of Record